UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gilton A.,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Pamela Bondi, *Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*,<br><br>　　　　　Respondents. | Case No. 26-cv-588 (ECT/ECW)<br><br>**ORDER** |

Petitioner Gilton A. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition by no later than **January 24, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

      b.    A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Fernando F.P.D. v. Brott*, No. 25-cv-4455 (ECT/ECW), 2025 WL 3675151 (D. Minn. Dec. 17, 2025).

      e.    Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.    If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **January 26, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    Respondents are hereby **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of his Petition.

Dated: January 22, 2026                            s/ Eric C. Tostrud
                                                               Eric C. Tostrud
                                                               United States District Court